CHARLES MULLER, Appellant, v. WILLIAM J. McBRIDE, Respondent.— Judgment and order denying motion to set aside verdict unanimously affirmed, with costs. No opinion. Appeal from order denying motion for reargument of motion for a new trial dismissed, without costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

JOSEPH O. O'HARA, JR., Respondent, v. HELEN O'HARA, Appellant.— Order denying motion to preclude plaintiff from offering certain evidence or to compel him to furnish a further bill of particulars affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.

EDMUND J. PICKUP, as Receiver of the DUPLEX MOTION PICTURE INDUSTRIES, INC., Appellant, v. DUPLEX SAFETY WINDOW CORPORATION, Respondent.— Judgment modified by providing that it be without prejudice to another action, based upon a claim that the money advanced by the Duplex Motion Picture Industries, Inc., as a result of which the debt herein sued upon was created, was received by the Duplex Motion Picture Industries, Inc., as a result of fraudulent practices, and as so modified unanimously affirmed, without costs. We are in accord with the views expressed by Mr. Justice Hallinan at Trial Term. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

HELEN PLEICKHARDT, by Her Guardian ad Litem, JOHN PLEICKHARDT, Appellant, v. OTTO JUSTICE, Defendant. JACOB O. BILDER, Attorney, Appellant; SIDNEY GONDELMAN, Respondent.— Order fixing attorney's lien and order denying motion for reargument affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of OLGA JANERO, Respondent, v. WILLIAM PACE, Appellant.— Order of filiation of the Children's Court of Westchester County reversed on the law and the facts and complaint dismissed. In our opinion, the evidence is insufficient to establish paternity. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of ALETHEA LENT, Respondent, v. RODERICK WILLIAMSON, JR., Appellant.— Order modified by reducing the amount of payment to five dollars per week and as thus modified unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.